UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES P. TESSITORE, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHINA FIRE & SECURITY GROUP, INC., WEIGANG LI, BRIAN LIN, WEISHE ZHANG, GUOYOU ZHANG, YINGQING LI, XIANGHUA LI, ALBERT MCLELLAND, AMBER PARENT LIMITED, AMBER MERGERCO, INC., and BAIN CAPITAL PARTNERS, LLC,

    Defendants.

CASE NO. 0:11-cv-61580

**JURY TRIAL DEMANDED**

_____/

## NOTICE OF STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL FOR PLAINTIFFS

The undersigned counsel, pursuant to Local Rule 11.1(D), gives Notice of Stipulation for Substitution of Local Counsel, substituting Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. for Stewart M. Cooke, Esq., of Hunter Taubman Weiss LLP. The undersigned counsel respectfully requests that this Court enter an Order approving the stipulation and that all pleadings, papers and other materials served on Plaintiff James P. Tessitore be delivered to Stewart M. Cooke, Esq., of Hunter Taubman Weiss LLP, 255 University Drive, Coral Gables,

1

Florida 33134.

STIPULATED and AGREED to on this 21st day of July, 2011.

_____          _____
STEVEN JAFFE, ESQ.                       STEWART M. COOKE, ESQ.
Farmer, Jaffe, Weissing, Edwards,        Hunter Taubman Weiss LLP
Fistos & Lehrman, P.L.                   255 University Dr.
425 N. Andrews Avenue, Suite 2,          Coral Gables, FL 33134
Ft. Lauderdale, Florida, 33301           **FLA. BAR No. 321450**
**FLA. BAR No. 390770**