UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61580-CIV-DIMITROULEAS

JAMES P. TESSITORE, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

CHINA FIRE & SECURITY GROUP, INC.,
WEIGANG LI, BRIAN LIN, WEISHE ZHANG,
et al.,

    Defendants.
_____/

## ORDER STRIKING FILINGS [DE's 17, 18, 20]

THIS CAUSE is before the Court upon Defendants' Memorandum of Law in Opposition to Plaintiff's Order to Show Cause for Expedited Discovery and Cross Motion to Stay Proceedings [DE 17], Defendants' Request for Oral Argument [DE 18], and Defendants' Memorandum of Law in Opposition to Plaintiff's Order to Show Cause for Expedited Discovery and Cross Motion to Stay Proceedings [DE 20][1], filed herein on August 1, 2011.

On July 22, 2011, Plaintiff filed an "Order to Show Cause for Expedited Discovery" and supporting documentation. [DE's 6-9]. Upon review of the filings, the Clerk's Office entered a Clerk's Notice to Filer [DE 10], explaining that [DE 6] was improperly filed and that the filer must take "corrective action," including filing a Notice of Striking. Additionally, the Clerk's Office terminated [DE 6] because it is not, in fact, a motion. The parties are only permitted to file Motions and accompanying Proposed Orders; they may not create and file Orders themselves. Plaintiff failed to take any corrective action. Accordingly, the Court does not

---

[1] The Court also notes that [DE 17] and [DE 20] appear to be duplicative filings.

consider there to be any pending motions in the docket prior to the August 1, 2001 Motion to Consolidate Cases [DE 16].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Memorandum of Law in Opposition to Plaintiff's Order to Show Cause for Expedited Discovery and Cross Motion to Stay Proceedings [DE 17], Defendants' Request for Oral Argument [DE 18], and Defendants' Memorandum of Law in Opposition to Plaintiff's Order to Show Cause for Expedited Discovery and Cross Motion to Stay Proceedings [DE 20] are hereby **STRICKEN** from the record;

2. Defendants may separately file a Motion to Stay, if they so choose.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of August, 2011.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record