UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61580-CIV-DIMITROULEAS

JAMES P. TESSITORE, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

CHINA FIRE & SECURITY GROUP, INC.,
WEIGANG LI, BRIAN LIN, WEISHE ZHANG,
GUOYOU ZHANG, YINGQUING LI, XIANGHUA LI,
ALBERT MCLELLAND, AMBER PARENT LIMITED,
AMBER MERGERCO, INC., and
BAIN CAPITAL PARTNERS, LLC,

    Defendants.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff James Tessitore's Notice of Voluntary Dismissal [DE 32], filed herein on September 12, 2011.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff James Tessitore's Notice of Voluntary Dismissal [DE 32] is hereby **APPROVED**;

2.     This action is hereby **DISMISSED without prejudice**;

3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot;

4.     The preliminary injunction hearing scheduled for September 16, 2011 is hereby

**CANCELLED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of September, 2011.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record